## PERE MARQUETTE RAILROAD COMPANY *v.* PALMER.

[No. 5,241.   Filed May 23, 1905.   Rehearing denied August 1, 1905.   Transfer denied November 1, 1905.]

### SAME *v.* McGOVERN.

[No. 5,242.]

### SAME *v.* McCAULLY.

[No. 5,243.]

### SAME *v.* STROBEL.

[No. 5,244.]

### SAME *v.* JONES.

[No. 5,245.]

SAME *v.* SHARZINSKI.

[No. 5,246.]

SAME *v.* KUBSCH.

[No. 5,247.]

SAME *v.* NIMMO.

[No. 5,248.]

SAME *v.* SKURATH.

[No. 5,249.]

SAME *v.* FOLK.

[No. 5,250.]

SAME *v.* PALMER.

[No. 5,251.]

SAME *v.* KOCH.

[No. 5,252.]

SAME *v.* BLACK.

[No. 5,253.]

SAME *v.* McMANNIS.

[No. 5,254.]

SAME *v.* JONES.

[No. 5,255.  All (except No. 5,241) filed June 30, 1905.  Petitions for rehearing denied November 2, 1905.]

From Laporte Superior Court; *Harry B. Tuthill,* Judge.

Suits against the Pere Marquette Railroad Company.  From decrees against defendant it appeals.  *Affirmed.*

*M. T. Krueger* and *James F. Gallaher,* for appellant.

*C. R. & J. B. Collins,* for appellees.

MYERS, P. J.—The questions presented for our consideration in each of the fifteen preceding cases being precisely the same as in *Pere Marquette R. Co.* v. *Smith* (1905), *ante,* 439, on the authority of that case and the case of *Pere Marquette R. Co.* v. *Baertz* (1905), *ante,* 408, the judgment of the lower court in each of the above causes is affirmed.